UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CEN COM, INC., a Washington Corporation doing business as American Digital Monitoring,<br><br>Plaintiff,<br><br>v.<br><br>NUMEREX CORP., a Pennsylvania Corporation; NextAlarm, LLC, a Georgia Limited Liability Company; and DOES 1 – 10,<br><br>Defendants. | Case No. C17-0560 RSM<br><br>ORDER REGARDING SANCTIONS |

On March 7, 2018, this Court granted Defendant's Motion for Order to Show Cause and directed Plaintiff to disclose whether "Attorney's Eyes Only" information was shared with anyone not so permitted in the Protective Order, and to show cause why it should not be sanctioned as proposed by Defendant for violating this Court's Protective Order. Dkt. #60. Plaintiff responded as directed. Dkt. #67. Having reviewed Plaintiff's response, and the remainder of the record, the Court shall impose sanctions on Plaintiff's counsel in the amount of $500.00 for its violation of the Court's Protective Order by filing documents on the public docket that were marked "Attorney's Eyes Only."

//

//

ORDER - 1

It is hereby ORDERED that Plaintiff's counsel shall pay the sanction of $500 to Defendant no later than fourteen (14) days from the date of this Order.

DATED this 11th day of April 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE