UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CEN COM, INC., a Washington Corporation doing business as American Digital Monitoring,

Plaintiff,

v.

NUMEREX CORP., a Pennsylvania Corporation; NextAlarm, LLC, a Georgia Limited Liability Company; and DOES 1 – 10,

Defendants.

Case No. C17-0560RSM

MINUTE ORDER GRANTING MOTION FOR RECONSIDERATION

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

THIS MATTER comes before the Court on Defendant's Motion for Reconsideration. Dkt. #129. Although characterized as one for reconsideration, the Court instead construes the motion as one for clarification. Accordingly, no response from Plaintiff is necessary.

In its prior Order the Court failed to recognize that some of the stricken discovery motions pertained to Defendants' Counterclaims, rather than to the dismissed causes of action. Accordingly, the Court now GRANTS Defendants' motion and CLARIFIES that nothing in the Court's prior Order precludes Defendants from refiling their Second Motion to Compel (Dkt. #71), as tailored to the Counterclaims and any affirmative defenses thereto.

ORDER - 1

DATED this 1st day of June, 2018.

                                             WILLIAM McCOOL, Clerk

                                             By:    <u>/s/ Paula McNabb</u>
                                                            Deputy Clerk

ORDER - 2