UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CEN COM, INC., a Washington Corporation doing business as American Digital Monitoring,

Plaintiff,

v.

NUMEREX CORP., a Pennsylvania Corporation; NextAlarm, LLC, a Georgia Limited Liability Company; and DOES 1 – 10,

Defendants.

Case No. C17-0560RSM

ORDER STRIKING TRIAL DATE AND REMAINING PRETRIAL DEADLINES

This matter was removed to this Court on April 11, 2017, and was initially assigned to the Honorable John C. Coughenour, Senior United States District Judge. Dkt. #1. The case was subsequently reassigned to this Court. *See* Dkt. #12. On June 26, 2017, this Court issued its Order Setting Trial Date and Related Dates, setting trial for August 20, 2018. Dkt. #20. That trial date remains scheduled.

On January 4, 2018, Defendants moved for Judgment on the Pleadings, seeking dismissal of all but one claim. Dkt. #22. On March 7, 2018, this Court granted the motion, dismissing all but one claim, but allowing leave to amend. Dkt. #60.

On March 27, 2018, Plaintiff filed an Amended Complaint. Dkt. #73. Defendants followed with a Motion to Dismiss for Failure to State a Claim. Dkt. #76. On May 17, 2018,

ORDER - 1

this Court granted in part Defendants' motion, dismissing all of Plaintiff's claims with prejudice, with the exception of the portion of Claim One for breach of contract on the basis that Defendants failed to pay certain fees and/or make timely payments as required by the contract. Dkt. #111. Defendants then filed an Answer to the Amended Complaint, with Counterclaims, pursuant to the Civil Rules of Civil Procedure. Dkt. #128.

Plaintiff has now filed a Motion to Dismiss for Failure to State a Claim and to Strike Counterclaims. Dkt. #146. That motion is not noted for consideration until July 6, 2018, approximately one month prior to trial. *Id.* That noting date does not leave this Court sufficient time to resolve the motion prior to trial. Further, the outcome of the motion may result in the dismissal of certain claims or counterclaims which could affect the issues before the Court and the length of trial.

Accordingly, this Court hereby ORDERS that the current trial date of August 20, 2018, is STRICKEN, along with the remaining pretrial deadlines (39.1 mediation, motions in limine, pretrial order, trial briefs, proposed voir dire/jury instructions, and pretrial conference). The Court shall provide further direction to the parties with respect to a new trial date and pretrial deadlines once it has resolved the pending motion to dismiss.

DATED this 18 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2