THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CEN COM, INC., a Washington Corporation doing business as American Digital Monitoring,<br><br>Plaintiff,<br><br>vs.<br><br>NUMEREX CORP., a Pennsylvania Corporation; NextAlarm, LLC, a Georgia Limited Liability Company; and DOES 1 – 10;<br><br>Defendants. | Case No. Case 2:17-cv-00560-RSM<br><br>(King County Superior Court Case No.: 16-2-31077-0 SEA)<br><br>**JOINT STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

**So Stipulated**.

DATED this 30th day of July 2019

MCDOUGALD LAW GROUP P.S.

By: s/Shannon McDougald
By: s/Trent Latta
Shannon L. McDougald (WSBA #24231)
Trent M. Latta (WSBA #42360)
McDougald Law Group P.S.
400 108th Ave. NE Suite 510
Bellevue, WA 98004
smcdougald@mcdougaldlaw.com
tlatta@mcdougaldlaw.com
Attorneys for Plaintiff

STOKES LAWRENCE, P.S.

By:/s/Mathew Harrington
Mathew L. Harrington (WSBA #33276)
Stokes Lawrence, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
MLH@stokeslaw.com
Attorneys for Defendants

JOINT STIPULUATION & ORDER FOR
DISMISSAL WITH PREJUDICE – 1

**MCDOUGALD LAW GROUP P.S.**
400 108th Avenue NE, Suite 510
Bellevue, Washington 98004
(425) 455-2060

## ORDER

Based on the foregoing, IT IS SO ORDERED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice with all parties to bear their own costs and attorneys' fees.

DATED this 1st day of August 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION & ORDER FOR
DISMISSAL WITH PREJUDICE – 2

McDougald Law Group P.S.
400 108th Avenue NE, Suite 510
Bellevue, Washington 98004
(425) 455-2060